JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DIXIE ELLEN RANDOCK,            )      Case No.   CV 10-0351-CAS (MLG)
                                )
        Petitioner,             )            JUDGMENT
                                )
    v.                          )
                                )
TERESER A. BANKS, WARDEN,       )
                                )
        Respondent.             )
_____)

    IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _June 10, 2010___

                                    Christina A. Snyder
                                    United States District Judge