O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

DIXIE ELLEN RANDOCK,

        Petitioner,

        v.

TERESER A. BANKS, WARDEN,

        Respondent.

       Case No. CV 10-0351-CAS (MLG)

    ORDER ACCEPTING AND ADOPTING
FINDINGS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

Dated: November 8, 2010

_Christina A. Snyde_
Christina A. Snyder
United States District Judge