JS-6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DIXIE ELLEN RANDOCK, ) | Case No.  CV 10-0351-CAS (MLG) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| TERESER A. BANKS, WARDEN, ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: November 8, 2010

_____
Christina A. Snyder
United States District Judge